# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JACQUELYN WALLACE                                               PLAINTIFF

VS.                            4:13CV00748 BRW

NANCY CUMMINGS                                                DEFENDANT

## JUDGMENT ON JURY VERDICT

This action came on for trial December 5, 2017, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding. At the conclusion of the evidence, the issues having been duly tried, and after deliberating thereon, the jury returned a verdict on December 7, 2017, in favor of the Defendant, Nancy Cummings.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Jacquelyn Wallace, take nothing on her complaint against the Defendant, Nancy Cummings, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 7th day of December, 2017.

                                                 /s/Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE